IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ADRIAN M. TURNER                                                                                        PLAINTIFF
#78775

v.                                            4:21-cv-00884-BRW-JJV

ROWDY SWEET, Captain,
Pope County Detention Center, *et al.*                                                          DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Billy Roy Wilson. Any party may serve and file written objections to this recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

### DISPOSITION

Adrian M. Turner ("Plaintiff") was a pretrial detainee at the Pope County Detention Center when he filed this *pro se* lawsuit pursuant to 42 U.S.C. § 1983. (Doc. 2.) Soon thereafter, I granted Plaintiff permission to proceed *in forma pauperis* and explained his obligation under Local Rule 5.5(c)(2) to maintain a valid mailing address with the Clerk of Court. (Doc. 4.) Importantly, I told Plaintiff his case could be dismissed if he failed to do so.

In December 2021, mail sent to Plaintiff at the detention center was returned undelivered because he was no longer there and failed to provide the Clerk with a forwarding address. (Docs.

20, 21.)  On December 27, 2021, I ordered Plaintiff to file an updated address and a new *in forma pauperis* application regarding his financial status since his release from custody.  (Doc. 22.) And, I reminded him this case would be dismissed if he failed to comply with my instructions.

Plaintiff has not responded to my Order, and the time to do so has expired.  Because the Clerk does not have a valid address for Plaintiff, it would be futile to grant him an extension of time to comply with my instructions.  Accordingly, I recommend this case be dismissed without prejudice due to a lack of prosecution.  *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

IT IS, THEREFORE, RECOMMENDED THAT:

1. The Amended Complaint (Doc. 6) be DISMISSED without prejudice due to a lack of prosecution.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 8th day of February 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE