IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ADRIAN M. TURNER
#78775                                                                                           PLAINTIFF

VS.                                     4:21-CV-00884-BRW-JJV

ROWDY SWEET, Captain,
Pope County Detention Center, *et al.*                                                DEFENDANTS

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, I approve and adopt the Recommended Disposition in all respects.

Accordingly, this case is DISMISSED without prejudice due to lack of prosecution.[1] I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[2]

IT IS SO ORDERED this 7th day of March 2022.

                                                   BILLY ROY WILSON
                                        UNITED STATES DISTRICT JUDGE

---

[1] Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

[2] 28 U.S.C. § 1915(a)(3).