IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ADRIAN M. TURNER
#78775                                                                                                   PLAINTIFF

VS.                                          4:21-CV-00884-BRW-JJV

ROWDY SWEET, Captain,
Pope County Detention Center, *et al.*                                              DEFENDANTS

## JUDGMENT

Based on the dispositive Orders entered today and previously (Doc. 10) in this case, Plaintiff's claims are dismissed. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO AJUDGED this 7th day of  March   2022.

_____
BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).